IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CRIMINAL ACTION |
| | : NO. 15-596 |
| VERNON ROBINSON | : |
| | : |

**O R D E R**

**AND NOW**, this 11th day of August, 2021, upon review of Defendant's *pro se* Motion for Reduction of Sentence, and the government's response thereto, it is hereby **ORDERED** as follows:

1. Defendant's Motion for Reduction of Sentence (Docket No. 91) is **DENIED** and

2. Defendant's Motion for 21 Days to Respond to Government's Opposition to Compassionate Release (Docket No. 98) is **DENIED** as moot.

**BY THE COURT:**

*/s/ Jeffrey L. Schmehl*
Jeffery L. Schmehl, J.