IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | NO. 15-596 |
| v. | : | |
| | : | CIVIL ACTION |
| VERNON ROBINSON | : | NO. 19-116 |
| | : | |

# O R D E R

**AND NOW**, this   2nd   day of November, 2021, upon review of Defendant's pending motion under 28 U.S.C. § 2255 to vacate, set aside or correct sentence, his request to amend his 2255 motion, and the government's responses thereto, it is hereby **ORDERED** as follows:

1. The Government's Motion to Dismiss Defendant's Motion to Vacate/Set Aside/Correct Sentence under 28 U.S.C. 2255 (Docket No. 84) is **DENIED**;

2. Defendant's Request to Amend 2255 Petition with *Rehaif* Claim (Docket No. 85) is **GRANTED**;

3. Defendant's Motion to Vacate/Set Aside/Correct Sentence under 28 U.S.C. 2255 (Docket No. 79) is **DENIED**; and

4. There are no grounds to issue a certificate of appealability.

**BY THE COURT:**

**/s/ Jeffrey L. Schmehl**
Jeffery L. Schmehl, J.